United States District Court
Southern District of Texas
**ENTERED**
December 21, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES, *ex rel*. NORMA BRISENO,<br><br>    Plaintiffs.<br><br>V.<br><br>HILLCROFT MEDICAL CLINIC ASSOCIATION,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 4:20-CV-02871<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On August 31, 2022, Hillcroft Medical Clinic Association's Motion to Dismiss (Dkt. 29) was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). *See* Dkt. 37. Judge Edison filed a Memorandum and Recommendation on December 5, 2022, recommending that Hillcroft Medical Clinic Association's Motion to Dismiss (Dkt. 29) be **GRANTED**. *See* Dkt. 38.

On December 19, 2022, Norma Briseno filed her Objections. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*.; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections; the Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Edison's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 38) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) Hillcroft Medical Clinic Association's Motion to Dismiss (Dkt. 29) is **GRANTED**.

It is so **ORDERED**.

SIGNED and ENTERED this 21st day of December 2022.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE